**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-1389EA

_____

Repoleon Gilbert,                             *
                                              *
              Appellant,                      *
                                              *
     v.                                       *
                                              *
Scott Dunn, Classification                    *     Appeal from the United States
Officer, Delta Regional Unit,                 *     District Court for the Eastern
Arkansas Department of                        *     District of Arkansas.
Correction; Grant Harris,                     *
Warden, Delta Regional Unit,                  *        [UNPUBLISHED]
Arkansas Department of                        *
Correction; Larry Norris,                     *
Director, Arkansas Department                 *
of Correction,                                *
                                              *
              Appellees.                      *

_____

Submitted:  April 7, 1997

Filed: April 15, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

    Arkansas inmate Repoleon Gilbert appeals from the adverse decisions of the magistrate judge in Gilbert's 42 U.S.C. § 1983 lawsuit. Because Gilbert did not provide a transcript of the evidence presented at trial, we cannot review the magistrate judge's findings. See Fed. R. App. P. 10(b)(2); Van Treese v. Blome, 7 F.3d 729, 729 (8th Cir. 1993) (per curiam). Given the magistrate judge's finding that Gilbert had not been required to perform work beyond his physical capacity, the magistrate judge properly rejected Gilbert's deliberate indifference claim. See

<u>Choate v. Lockhart</u>, 7 F.3d 1370, 1374 (8th Cir. 1993).  Our review of Gilbert's other arguments reveals that they lack merit.  We affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.